IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

BENJAMIN DANIEL DEHAAN AND
LIGHTHOUSE FINANCIAL
PARTNERS, LLC

          Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action File No.
1:12-CV-1996-TWT

## NOTICE OF APPEARANCE OF JAMES C. FRENZEL FOR S. GREGORY HAYS, RECEIVER

JAMES C. FRENZEL, of the law firm James C. Frenzel, P.C., hereby notices his

appearance as counsel of record for S. Gregory Hays, the duly appointed and qualified Receiver

for the Defendant, Lighthouse Financial Partners, LLC, in the above captioned case.

Respectfully submitted, this the 9th day of July, 2012.

/s/James C. Frenzel_____
James C. Frenzel
Georgia Bar No. 276830
Counsel for S. Gregory Hays, Receiver for
Defendant, Lighthouse Financial Partners,
LLC

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 266-9961
Jcf-bklaw@mindspring.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

BENJAMIN DANIEL DEHAAN AND
LIGHTHOUSE FINANCIAL
PARTNERS, LLC

              Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action File No.
1:12-CV-1996-TWT

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the NOTICE OF APPEARANCE OF JAMES C. FRENZEL FOR S. GREGORY HAYS, RECEIVER in a sealed envelope by first class mail with postage adequate to insure delivery to:

Edward G. Sullivan, Esq.
U.S. Securities and Exchange Commission
3475 Lenox Road
Suite 1000
Atlanta, GA 30326

Benjamin Daniel DeHaan
4005 Franks Drive
Tucker, GA 30084

S. Gregory Hays, Receiver
Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

J. Steven Parker, Esq.
Robert D. Terry, Esq.
Page Perry, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338

This 9th day of July, 2012.

/s/James C. Frenzel_____
James C. Frenzel
Georgia Bar No. 276830
Counsel for S. Gregory Hays, Receiver for
Defendant, Lighthouse Financial Partners,
LLC

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 266-9961
jcf-bklaw@mindspring.com