IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action File No. 1:12-CV-1996-TWT |
| v. | : : | |
| BENJAMIN DANIEL DEHAAN AND LIGHTHOUSE FINANCIAL PARTNERS, LLC | : : : : | |
| Defendants. | : : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the MOTION BY RECEIVER FOR APPROVAL OF PLAN FOR ADMINISTRATION OF CLAIMS AND DISTRIBUTION OF PROCEEDS AND MEMORANDUM OF LAW IN SUPPORT THEREOF in a sealed envelope by first class mail with postage adequate to insure delivery to the parties indicated below and the Investors and Creditors of Lighthouse known to the Receiver as shown on the attached Exhibit "A" incorporated herein by reference:

Edward G. Sullivan, Esq.
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA  30326

S. Gregory Hays, Receiver
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

Howard J. Weintraub, Esq.
Benjamin B. Alper, Esq.
Counsel for Benjamin Daniel DeHaan
Law Offices of Howard J. Weintraub, P.C.
1355 Peachtree Street, NE, Suite 1250
Atlanta, GA 30309

Christine L. Mast, Esq.
Matthew G. McLaughlin, Esq.
Counsel for Page Perry, LLC
Hawkins Parnell Thackston & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, Georgia 30308-3243

Joseph D. Wargo, Esq.
Counsel for Anatoliy Melamud
Wargo French
999 Peachtree Street NE, 26th Floor
Atlanta, Georgia 30309

Jason R. Doss, Esq.
Counsel for Investors
The Doss Firm, LLC
P.O. Box 965669
Marietta, Georgia 30066

Scott M. Ratchick, Esq.
Counsel for the Beines
Chamberlain, Hrdlicka, White, Williams & Aughtry LLP
191 Peachtree Street, N.E., 34th Floor
Atlanta, GA 30303

Internal Revenue Service
Insolvency Unit
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Internal Revenue Service
Small Business/Self-Employed Division
401 W. Peachtree Street, N.W.
Suite 930, Stop 608-D
Atlanta, GA 30308
Attn: Jake Oglesby

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Georgia Department of Revenue
1800 Century Blvd. NE, Suite 9100
Atlanta, GA 30345

    This the 21st day of March, 2016.

                                      Respectfully submitted,

                                      _____/s/_____
                                    James C. Frenzel
                                    Georgia Bar No. 276830
                                    Counsel for S. Gregory Hays, Receiver for Defendant, Lighthouse Financial Partners, LLC

Of Counsel:
James C. Frenzel, P.C.
8985 Huntcliff Trace
Sandy Springs, Georgia 30350
(404) 266-9961
Jcf-bklaw@mindspring.com

Exhibit A

| | | |
|---|---|---|
| Matthew C. Anderson<br>5410 Laurel Oak Dr<br>Suwanee, GA 30024 | John Appleton<br>215 Washington Road<br>Rossville, GA 30741 | John Appleton and Lola Appleton<br>215 Washington Road<br>Rossville, GA 30741 |
| Jeaneen Banner<br>115 Starling Lane<br>Longwood, FL 32779 | Roger Banner and<br>Jeaneen Banner<br>540 Penn Royle Lane<br>Alpharetta, GA 30004 | Irma Begauskaite<br>616 Jasmine Parkway<br>Alpharetta, GA 30022 |
| Charles Beine<br>3984 Cranbook Ct<br>Lilburn, GA 30047 | Steven Eugene Bennett<br>Post Office Box 439<br>Ruban Gap, GA 30568 | Joseph Blinder<br>345 Brook Ford Point<br>Alpharetta, GA 30022 |
| Joseph Blinder and Yelena Blinder<br>345 Brook Ford Point<br>Alpharetta, GA 30022 | Ann G. Bond<br>3065 Orchard Ridge Circle<br>Duluth, GA 30096 | Marina Dashevskaya and<br>Vitaliya Dashevskaya<br>2854 St George Court<br>Tucker, GA 30084 |
| Grant Davies<br>1987 Wellboure Dr ME<br>Atlanta, GA 30324 | Elizabeth DeHaan<br>441 Clairemont Ave. Apt. 723<br>Decatur, GA 30030 | Executrix of the Estate<br>of Thomas R. Diehl<br>5493 Glenridge View NE # 405<br>Atlanta, GA 30342 |
| Roman Fayner and<br>Isabella Fayner<br>3727 Clearbrooke Ct<br>Duluth, GA 30097 | Marina Felgin<br>4779 Lakeway Place<br>Alpharetta, GA 30005 | Marina M. Felgin and<br>Gennadiy Shvartsman<br>4779 Lakeway Place<br>Alpharetta, GA 30005 |
| Boris Fleshler and Olga Fleshler<br>1144 Sandune Dr<br>Norcross, GA 30093 | William Frye<br>1040 Citadel Drive NE<br>Atlanta, GA 30324 | Bobby T Grant<br>2002 McClendon Ave NE<br>Atlanta, GA 30307 |
| Stuart R. Green<br>3480 Frankfurt Court<br>Snellville, GA 30039 | Catherine L. Green<br>3480 Frankfurt Court<br>Snellville, GA 30039 | Stuart R. Green and<br>Catherine L. Green<br>3480 Frankfurt Court<br>Snellville, GA 30039 |
| Stewart J. Greenberg and<br>Kathy E. Greenberg<br>9585 Haverhill Lane<br>Alpharetta, GA 30022 | Martha Leigh Harvey<br>PO Box 50<br>Monroe, TN 38573 | James Heidenreich and<br>Louise Heidenreich<br>201 Northwest 1st ST<br>Havana, FL 32333 |
| Evelyn Helmick<br>409 Meadow View Rd<br>Franklin, NC 28734 | Michael Brandon Henry<br>305 King St. Apt. 3E<br>Greensboro, NC 27406 | Catherine Henry<br>305 King St. Apt. 3E<br>Greensboro, NC 27046 |

| | | |
|---|---|---|
| James Scott Holbus<br>6194 Poplar Bluff Cr<br>Norcross, GA 30092 | James Stephen Holmes and<br>Leila H. Holmes<br>12340 Richmond Run Drive<br>Raleigh, NC 27614 | Mark R. Keramidas<br>9855 Bankside Dr<br>Roswell, GA 30076 |
| Carol Ann Kinasewitz<br>10390 Virginia Pine Ln<br>Alpharetta, GA 30022 | Joseph R. Labarre<br>1461 Eryn Circle<br>Suwanee, GA 30024 | Vivian A. Labarre<br>1461 Eryn Circle<br>Suwanee, GA 30024 |
| Vivian A. Labarre and<br>Joseph R. Labarre<br>1461 Eryn Circle<br>Suwanee, GA 30024 | Alexander Lemberg and<br>Victoria Lemberg<br>5400 Cameron Forest Pkwy<br>Alpharetta, GA 30022 | Chong K MacWilliams and<br>Arthur MacWilliams<br>2594 Kenwood Drive<br>Duluth, GA 30096 |
| Drew Maenza<br>520 Meadows Creek Dr<br>Alpharetta, GA 30005 | Alicia Lynne Magliocca<br>3339 Northside Dr.<br>Hapeville, GA 30354 | William C. McCaffrey, Jr.<br>900 Meadowsong Circle<br>Lawrenceville, GA 30043 |
| William C. McCaffrey, Jr. and<br>Lorraine McCaffrey<br>900 Meadowsong Circle<br>Lawrenceville, GA 30043 | Anatoliy Melamud &<br>Yelena Melamud<br>11715 Ridgegate Run<br>Alpharetta, GA 30005 | Beverly L. Miller<br>220 Pebble Trail<br>Alpharetta, GA 30004 |
| Ursula Moran<br>8050 Henderson Ct<br>Alpharetta, GA 30004 | Daniel T. Moran<br>8050 Henderson Ct<br>Alpharetta, GA 30004 | Daniel T. Moran and<br>Ursula Moran<br>8050 Henderson Ct<br>Alpharetta, GA 30004 |
| William Chester Old<br>Post Office Box 439<br>Ruban Gap, GA 30568 | Thomas O Hilton and<br>Peter J. Pasternack<br>6106 Barfield Rd.<br>Atlanta, GA 30328 | Lindsay Grant Peeples and<br>Cathy Sherman<br>84 Council Moore Rd<br>Crawfordville, FL 32327 |
| David L. Pendleton and<br>Marilyn M. Pendleton<br>2160 Laurel Lake Drive<br>Suwanee, GA 30024 | William Phenix and Joy Phenix<br>47 Parkside Circle<br>Marietta, GA 30068 | William Phenix<br>47 Parkside Circle<br>Marietta, GA 30068 |
| Nicole A. Phillips and<br>Chad T. Phillips<br>465 Fairford Lane<br>Duluth, GA 30097 | Joseph F Porter and Lisa L Porter<br>8005 Sandorn Dr<br>Roswell, GA 30076 | Bonnie L. Ramos<br>9524 Shortleaf Court<br>Apopka, FL 32703 |
| Marat Reyzelman and<br>Viktoriya Reyzelman<br>5339 St. Martins CT SE<br>Mableton, GA 30126 | Jakob Rohn<br>3973 Stovall Terrace<br>Atlanta, GA 30342 | Aleksandr Shevchuk and<br>Nataliya Shevchuk<br>11035 Mortons Crossing<br>Alpharetta, GA 30004 |

| | | |
|---|---|---|
| Gennadiy Shvartsman<br>4779 Lakeway Place<br>Alpharetta, GA 30005 | Marina M. Felgin and<br>Gennadiy Shvartsman<br>4779 Lakeway Place<br>Alpharetta, GA 30005 | Preston B. Steckel<br>6045 Zinfandel Dr<br>Suwanee, GA 30024 |
| Albert Thumann<br>4025 Pleasantdale Rd Ste. 420<br>Atlanta, GA 30340 | Jackie Tison and Richard Tison<br>4752 Upper Berkshire Rd<br>Flowery Branch, GA 30542 | 3VR Fund LLC<br>441 Hilderbrand Drive NE<br>Sandy Springs, GA 30328 |
| Charlene J. Vener<br>4524 Mountain Creek Dr NE<br>Roswell, GA 30075 | Jerome P. Wagner<br>3770 Hermitage Dr<br>Duluth, GA 30076 | John West & Michael Lappin<br>1023 East Paces Lane<br>Atlanta, GA 30326 |
| Cbeyond<br>Atth: Dan Devetski<br>320 Interstate North Pkwy, SE<br>Atlant, GA 30339 | Fontis Water, Inc<br>Attn: Mary Rauga<br>PO Box 4005<br>Marietta, GA 30066 | The Gross Consulting Group<br>Attn: Stephen Goss<br>3330 Cumberland Blvd, Ste 900<br>Atlanta, GA 30319 |
| Catherine Henry Hardison<br>3955 Hwy 225 N<br>Chatsworth, GA 30705 | Christopher Lazar<br>1754 Donnalee Ave<br>Atlanta, GA 30316 | Letotech Inc.<br>Attn: Anatoly Melamud<br>11715 Ridgegate Run<br>Alpharetta, GA 30005 |
| Nemick Consulting LLC<br>Attn: Tom Nemick<br>84 Folson Lane<br>Palm Coast, FL 32137 | Page Perry LLC<br>Attn: Alan R. Perry, Jr.<br>1040 Crown Point Pkwy, Ste 1050<br>Atlanta, GA 30338 | Peabody Place Exec Suites LLC<br>Attn: Beverly A. Johnson<br>119 S. Main St., Ste 500<br>Memphis, TN 38103 |
| Quantplat, LLC<br>Attn: Anatoly Melamud<br>11715 Ridgegate Run<br>Alpharetta, GA 30005 | Martin S. Suchik<br>1735 Defoor Place<br>Atlanta, GA 30318 | |